# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 20-cv-62249-Hunt

[Consent Case]

TAWAN DWAYNE WILLIAMS,
KENYA KISON SMITH,

    Plaintiffs,

v.

C & W LAWN CARE, INC. D/B/A C &
W HOLDINGS, INC., CAMILE
WILLIAMS A/K/A CAMILLE OLLIFF,

    Defendants.
_____/

## NOTICE OF SETTLEMENT

    The parties, by and through the undersigned counsel, hereby notify the Court that they have reached a settlement and are in the process of finalizing the written settlement agreement.

Respectfully submitted,

| | |
|---|---|
| Koz Law, P.A. | Adi Amit, P.A. |
| 800 East Cypress Creek Road, Suite 421, Fort Lauderdale, Florida 33334 | 101 NE Third Avenue, Suite 300 Fort Lauderdale, Florida 33301 |
| Tel: (786) 924-9929 | Tel: (954) 533-5922 |
| Fax: (786) 358-6071 | Fax: (954) 302-4963 |
| Email: ekoz@kozlawfirm.com | Email: adi@defenderofbusiness.com |
| | |
| */s/ Elliot A. Kozolchyk* | */s/ Adi Amit* |
| Elliot A. Kozolchyk, Esquire | Adi Amit, Esquire |
| Fla. Bar No. 74791 | Fla. Bar No.: 35257 |
| *Counsel for Plaintiffs* | *Counsel for Defendants* |